## 29153. KEMP v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 17, 1974.

Plennie Kemp, Jr., *pro se.*

*Arthur K. Bolton, Attorney General,* for appellee.

## 29070. BUSH v. CRAIG et al.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 24, 1974.

Earl Bush, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellees.